## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DANIEL R. JUSKO                                                                            PLAINTIFF

v.                               NO. 3:07CV00021 JLH

FARRIS JACKSON, *et al*.                                            DEFENDANTS

### ORDER

Presently before the Court is plaintiff's Unopposed Motion for Continuance of the trial date. Docket #14. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for October 15, 2007, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 20th day of September, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE