**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DANIEL R. JUSKO, as the duly appointed                                         PLAINTIFF
Administrator of the Estate of David
Michael Jusko, Deceased, and on behalf of all
wrongful death beneficiaries

v.                                  No. 3:07CV00021 JLH

FARRIS JACKSON and
ALLSTATE INSURANCE COMPANY                                                DEFENDANTS

**ORDER**

The unopposed motion to dismiss Will Jackson, in his individual capacity, and the Arkansas State Highway Department is GRANTED. Document #44. Plaintiff's claims against Will Jackson, individually, and the Arkansas State Highway Department are hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of March, 2008.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE