# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DANIEL R. JUSKO                                                                    PLAINTIFF

v.                                              NO. 3:07CV00021 JLH

FARRIS JACKSON                                                                  DEFENDANT

## ORDER

Presently before the Court is plaintiff's Motion for Continuance of the trial date. Docket #51.

Good cause having been shown, the motion will be granted, and the trial of this matter previously

set for May 5, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date

and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 21st day of April, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE