**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DANIEL R. JUSKO, as the duly appointed                                                                    PLAINTIFF
administrator of the Estate of David Michael Jusko,
Deceased, and on behalf of all wrongful death beneficiaries

v.                                              No. 3:07CV00021 JLH

FARRIS JACKSON                                                                                              DEFENDANT

### ORDER

Pursuant to plaintiff's motion for stay of proceedings, this case is hereby stayed pending the entry of an order in the Mississippi Chancery Court of Desoto County, Mississippi. Document #60. Plaintiff is directed to notify this Court within ten days following entry of the chancery court's order approving or disapproving settlement of this action.

IT IS SO ORDERED this 22nd day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE