**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DANIEL R. JUSKO, as the duly appointed                                                                    PLAINTIFF
administrator of the Estate of David Michael Jusko,
Deceased, and on behalf of all wrongful death beneficiaries

v.                                    No. 3:07CV00021 JLH

FARRIS JACKSON                                                                                            DEFENDANT

## ORDER

The motion of Farris Jackson to join Shelby County Health Care Corporation d/b/a Regional Medical Center as an indispensable party pursuant to Federal Rule of Civil Procedure 19 is GRANTED. Document #68. Jackson is hereby directed to take the steps necessary to make Shelby County Health Care Corporation a party to this action.

IT IS SO ORDERED this 20th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE