**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DANIEL R. JUSKO, as the Duly Appointed                                                    PLAINTIFF
Executor of the Estate of David Michael Jusko,
Deceased, and on behalf of all wrongful death beneficiaries

v.                                              No. 3:07CV00021 JLH

FARRIS JACKSON                                                                               DEFENDANT

v.

SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER                                                              INDISPENSABLE PARTY

**ORDER**

Before the Court is the motion for appearance *pro hac vice* and for waiver of local counsel filed by Curtis H. Goetsch. Document #79. The motion is GRANTED. Curtis H. Goetsch is hereby admitted *pro hac vice* for the purpose of representing Shelby County Health Care Corporation d/b/a Regional Medical Center in this action. The requirement of Local Rule 83.5(d) that Curtis H. Goetsch designate local counsel is waived.

IT IS SO ORDERED this 26th day of May, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE