**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DANIEL R. JUSKO, as the duly appointed                                       PLAINTIFF
executor of the ESTATE OF DAVID MICHAEL JUSKO,
Deceased, and on behalf of all wrongful death beneficiaries

v.                                          No. 3:07CV00021 JLH

FARRIS JACKSON                                                              DEFENDANT

v.

SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER                                              INDISPENSABLE PARTY

<u>**ORDER**</u>

As discussed in the telephone conference conducted today, Shelby County Health Care

Corporation, d/b/a Regional Medical Center, may supplement its response to the motion to enforce

the settlement agreement on or before November 4, 2009.  Any reply will be due on or before

November 11, 2009.

IT IS SO ORDERED this 21st day of October, 2009.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE