**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DANIEL R. JUSKO, as the duly appointed                                                          PLAINTIFF
executor of the ESTATE OF DAVID MICHAEL JUSKO,
Deceased, and on behalf of all wrongful death beneficiaries

v.                                             No. 3:07CV00021 JLH

FARRIS JACKSON                                                                                  DEFENDANT

v.

SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER                                                                     INDISPENSABLE PARTY

**ORDER**

The parties have filed a notice of settlement of the hospital lien claim of Shelby County Health Care Corporation, d/b/a Regional Medical Center. The motion for settlement is therefore denied as moot. Document #63.

Because it appears that the parties have now settled all of the issues in this action, this action is therefore dismissed with prejudice. The Court will reserve jurisdiction for a period of 30 days to enforce the settlement agreement if necessary.

IT IS SO ORDERED this 3rd day of November, 2009.

/s/ J. Leon Holmes
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE